UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAREEM NISBETT, Individually and on behalf of all other persons similarly situated,

                Plaintiff,

-against-

PIQUE, INC. D/B/A PIQUE,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/8/2022
```

22 Civ. 5356 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On August 24, 2022, the Court ordered the parties to submit a joint letter and a jointly proposed case management plan and scheduling order by September 7, 2022. ECF No. 7. That submission is now overdue. Accordingly, by **September 12, 2022**, the parties shall submit a jointly proposed case management plan and scheduling order.

    SO ORDERED.

Dated: September 8, 2022
       New York, New York

                                          ANALISA TORRES
                                      United States District Judge