```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/13/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAREEM NISBETT, Individually and on behalf of all other persons similarly situated,

            Plaintiff,

-against-

PIQUE, INC. D/B/A PIQUE,

            Defendant.

22 Civ. 5356 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On August 24, 2022, the Court ordered the parties to submit a joint letter and proposed case management plan by September 7, 2022. ECF No. 7. On September 8, 2022, the Court ordered the parties to file their submissions by September 12, 2022. ECF No. 8. On September 13, 2022, the Court granted the parties' request for an extension of time to file their overdue submissions to October 12, 2022. ECF No. 10. The parties have failed to meet that deadline. Accordingly, by **October 19, 2022**, the parties shall submit a joint letter and proposed case management plan. No further extension shall be granted absent a showing of good cause.

SO ORDERED.

Dated: October 13, 2022
       New York, New York

                                      ANALISA TORRES
                                   United States District Judge