UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAREEM NISBETT, Individually and on behalf of all other persons similarly situated,

           Plaintiff,

-against-

PIQUE, INC. D/B/A PIQUE,

           Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/22/2022_

22 Civ. 5356 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On August 24, 2022, the Court ordered the parties to submit a joint letter and proposed case management plan by September 7, 2022. ECF No. 7. On September 8, 2022, the Court ordered the parties to file their submissions by September 12, 2022. ECF No. 8. On September 13, 2022, the Court granted the parties' request for an extension of time to file their overdue submissions to October 12, 2022. ECF No. 10. The parties did not meet that deadline. On October 13, 2022, the Court ordered the parties to file their submissions by October 19, 2022. ECF No. 11. On October 19, 2022, the parties requested an extension to file their submissions, ECF No. 12, and, on October 20, 2022, the Court granted that request, ECF No. 13. The parties have again failed to comply with the Court's latest order to file their joint letter and proposed case management plan by November 18, 2022.

    Accordingly, by **November 28, 2022**, the parties shall submit a joint letter and proposed case management plan. Failure to comply with this deadline shall result in dismissal of this matter for failure to prosecute.

    SO ORDERED.

Dated: November 22, 2022
       New York, New York

                                        ANALISA TORRES
                                    United States District Judge